IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **US FOODS, INC.** | ) CIVIL ACTION NO. 19-723 |
| Plaintiff, | ) JUDGE JOY FLOWERS CONTI |
| v. | ) |
| **HINES WARD'S TABLE 86, LLC** | ) |
| Defendants. | |

ORDER

AND NOW, this 12th day of December, 2019, it appears that the Complaint in the above captioned case was filed on June 19, 2019.

As of the of the date of this order, no responsive pleadings have been filed at the above captioned case.

Therefore, IT IS HEREBY ORDERED that plaintiff shall show cause by December 20, 2019, why this case should not be dismissed for plaintiff's failure to prosecute.

IT IS FURTHER ORDERED that failure to file response will be construed by the Court as plaintiff's consent to the dismissal of this action.

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge