UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| US FOODS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.: 2:19-CV-00723-JFC |
| | ) | |
| HINES WARD'S TABLE 86, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST TO ENTER DEFAULT AGAINST
DEFENDANT HINES WARD'S TABLE 86, LLC**

To the Clerk of the U.S. District Court for the Western District of Pennsylvania:

You will please enter the default of Defendant Hines Ward's Table 86, LLC for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Kristen L. Moritz.

Respectfully submitted,

Plaintiff US Foods, Inc.

By its counsel,

Dated: December 16, 2019

*/s/ Kristen L. Moritz*
Kristen L. Moritz, Esq.
GESK MORITZ, LLC
14 East Main Street
Carnegie, Pennsylvania 15106
Phone: (412) 429-9100

2

AND NOW, THIS ___ DAY OF DECEMBER, 2019, pursuant to request to enter default and affidavits filed, default is hereby entered against Defendant Hines Ward's Table 86, LLC for failure to plead or otherwise defend.

_____
Clerk

2