
UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| US FOODS, INC., | |
| Plaintiff, | Civil Action No.: 2:19-CV-00723 |
| vs. | |
| HINES WARD'S TABLE 86, LLC, | |
| Defendant. | |

### ORDER OF COURT

AND NOW, this **11th** day of **February**, 2020, upon consideration of PLAINTIFF US FOODS, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HINES WARD'S TABLE 86, LLC, it is hereby ORDERED that said Motion is GRANTED. A default judgment is entered against Defendant Hines Ward's Table 86, LLC for $183,118.27, which includes unpaid invoices in the amount of $113,107.91, an incentive refund pursuant to the MDA in the amount of $44,829.00, $18,952.38 in pre-judgment interest, $6,229.38 in reasonable attorneys' fees and costs and expenses incurred by US Foods, with post-judgment interest to accrue at a rate of 1.5% per month.

*and there being no objection filed*

BY THE COURT

_____. J.